UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA EDD UNEMPLOYMENT INSURANCE, et al.,<br><br>Defendants. | No.  2:20-cv-01484-TLN-KJN<br><br>**ORDER** |

Plaintiff William J. Whitsitt ("Plaintiff"), proceeding *pro se*, brings this civil action pursuant to 42 U.S.C. § 1983.  The  matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 22, 2020, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days.  (ECF No. 3.)  The time for filing objections has expired, and no objections to the findings and recommendations were filed.

Accordingly, the court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

1

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed September 22, 2020 (ECF No. 3), are adopted in full;
2. Plaintiff's Motion to Proceed *In Forma Pauperis* (ECF No. 2) is GRANTED;
3. Plaintiff's Complaint is DISMISSED without leave to amend; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATED: November 2, 2020

Troy L. Nunley
United States District Judge